<hr />

BEFORE THE SECOND DIVISION, MARCH 3, 1965

No. 69113.—Ellis K. Orlowitz Company v. United States, protests 206135–K and 297982–K(A) (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.